UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| CAVEL INTERNATIONAL, INC., et al. ) | JUDGE FREDERICK J. KAPALA |
| Plaintiffs, ) | |
| ) | CASE NO. 3:07-CV-50100 |
| v. ) | |
| LISA MADIGAN, et al., ) | |
| Defendants. ) | |

## PLAINTIFFS' EMERGENCY MOTION
## FOR AN INJUNCTION PENDING APPEAL

Pursuant to Rule 62(c) of the Federal Rules of Civil Procedure and Rule 8(a)(1)(C) of the Federal Rules of Appellate Procedure, Plaintiffs Cavel International, Inc., James D. Tucker, Randy Beasley, Angela Fabris, Ruben Gonzalez, Brad D. Melville, Amparo Milan, Raul Milan, Raul Escutia Milan, Roberto Resendiz, Ron Warner and Isaac Zamora, respectfully move the Court for an injunction pending appeal of the Court's July 5, 2007 order and judgment (ECF Nos. 105 & 106) to maintain the status quo that was in effect until expiration of the temporary restraining order on June 28, 2007.

Enforcement of H.B. 1711 pending resolution of Plaintiffs' appeal of right of their constitutional challenges threatens Plaintiffs with criminal prosecution and the loss of their business and livelihoods. For the reasons more fully explained in the accompanying memorandum incorporated here, the balance of equities favors issuance of an injunction pending appeal. Indeed, the D.C. Circuit recently recognized the severity of the harm to Plaintiffs and concluded that this and the other equitable factors supported a stay pending appeal of an adverse judgment that, like the judgment here, would have the effect of

closing the company and causing irreparable harm for which there is no adequate remedy at law.

Accordingly, Plaintiffs respectfully request that this Court issue injunctive relief for the short period of time necessary to complete their appeal. In the alternative, Plaintiffs respectfully request that the Court condition an injunction pending appeal on such terms as it deems appropriate to ensure the expeditious perfection of Plaintiffs' appeal.

Plaintiffs have contacted counsel for Defendants and the *amici* aligned with Defendants to determine their positions on this motion. Counsel for Defendants and the *amici* have advised that they oppose any motion for an injunction pending appeal.

Respectfully submitted,

/s/ Thomas J. Lester
Thomas J. Lester
   *tlester@hinshawlaw.com*
Thomas F. Ging
   *tging@hinshawlaw.com*
HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, Illinois 61105
(815) 490-4900
(815) 490-4901 (facsimile)

J. Philip Calabrese
   *pcalabrese@ssd.com*
James P. Murphy
   *jmurphy@ssd.com*
Saber W. VanDetta
   *svandetta@ssd.com*
SQUIRE, SANDERS & DEMPSEY L.L.P.
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114-1304
(216) 479-8500
(216) 479-8780 (facsimile)
*Counsel for Plaintiffs*

70530423v1 877321